In the Matter of the Accounting of HILDA S. SULLIVAN et al., as Executrices of GEORGE SCHUSTER, Deceased, Appellants.

ELIZABETH S. SCHUSTER, as Executrix of LOUISE SCHUSTER, Deceased, Respondent.

Argued May 21, 1940; decided October 1, 1940.

*Chester B. McLaughlin* and *Gordon W. McKean* for appellants.

*Charles P. Carney* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. CONWAY, J., dissents and votes to reinstate the order of the Surrogate's Court. Taking no part: LEHMAN, Ch. J.